JOEL H. LYMAN, Respondent, *v.* STATE BANK OF RANDOLPH, Appellant, Impleaded with Another.

*Lyman* v. *State Bank of Randolph,* 81 App. Div. 367, affirmed.
(Argued October 7, 1904; decided October 25, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

37

March 21, 1903, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*C. D. Davie, Alexander Wentworth* and *W. S. Thrasher* for appellant.

*Frank W. Stevens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: GRAY and HAIGHT, JJ.